US v. Brandon Earl Presley

24-CR-107-SEH

Screenshots: metadata for photo found on client iPhone:

File | X:/PRESLEY_BRANDON_EARL_2024-238/Discovery/1.%20Original/Received_20241001%20-%20phone%20dumps%20from%20hd/0000106494%20PRESLEY/Auhbriey%20Lowe%20Artifacts/Report.html

Search:



**Pictures**

| Record | Tags | Comments | Category | File Name | File Extension | Created Date/Time -UTC-06:00 (M/d/yyyy) [DST] | Last Accessed Date/Time -UTC-06:00 (M/d/yyyy) [DST] | Last Modified Date/Time -UTC-06:00 (M/d/yyyy) [DST] | Size (Bytes) | Skin Tone Percentage | Original Width | Original Height | Exif Extraction Status | Created Date/Time -Local Time (yyy-mm-dd) | Modified Date/Time -Local Time | Timezone | Software | Make | Model | Camera Serial Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Filter | Filter | Filter | Filter | Filter | Filter | Filter | Filter | Filter | Filter | Filter | Filter | Filter | Filter | Filter | Filter | Filter | Filter | Filt | Filte | Filter |
| 1 | • Auhbriey Lowe | | 2 - Child Exploitative /Age Difficult | 5A61D077-CAC4-4D79-86CC-D042FD66201D.jpg | .jpg | 2/20/2024 1:18:13.000 PM | 2/20/2024 1:18:13.000 PM | 2/20/2024 1:18:13.000 PM | 277742 | 36.2 | 1080 | 1920 | Complete | | | | | | | |

Page: 1 ⏮ ⏪ 1 – 1/1 (1) ⏩ ⏭  100

**Case information**

Title page
Case overview
Evidence overview
Keyword matches

**Refined Results**

Identifiers - People

Communication

Snapchat Chat Messages
Snapchat Contacts
Snapchat Stories - iOS

Media

Pictures

Location & Travel

Cached Locations



EXHIBIT

1