IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case No. 24-CR-107-SEH |
| ) | |
| BRANDON EARL PRESLEY, ) | |
| ) | |
| Defendant. ) | |

### RESPONSE TO GOVERNMENT'S SENTENCING MEMORANDUM

The Defendant, Brandon Early Presley, by and through undersigned counsel, submits this response to the Government's sentencing memorandum (Dkt. # 83). The Defendant has submitted a Motion for a Nonguideline Sentence (Dkt. # 82), which outlines the Defendant's requests for a nonguideline sentence of 180 months based upon the 18 U.S.C. §3553 factors. The Defendant files this response to the Government's Sentencing Memorandum to specifically address Section III of the Government's argument regarding the application of the Special Sex Offender Conditions.

The presentence report was distributed to both Defense Counsel and the Government. Defense Counsel forwarded corrections and objections to the presentence report to the U.S. Probation office and the Government. The Government has responded to Defense Counsel's objection in their sentencing memorandum. Defense Counsel maintains their objection to Paragraph 4 of the Special Sex Offender Conditions and incorporates their objection into the record as Exhibit 1.

For the reasons set forth above, the Defendant requests a nonguideline sentence of 180 months to run concurrently with the anticipated state sentence in Cleveland County Oklahoma Case Number CF-2024-326 pursuant to U.S.S.G. §5G1.3(c). Furthermore, the Defendant objects

to the inclusion of Paragraph 4 of the Special Sex Offender Conditions as a condition of supervised release.

Respectfully submitted,

**OFFICE OF THE FEDERAL PUBLIC DEFENDER**

Julia L. O'Connell, Federal Public Defender

By: s/ Katherine A. Greubel
Katherine A. Greubel, OBA # 22488
Assistant Federal Public Defender
Williams Tower I, Suite 1225
One West Third Street
Tulsa, Oklahoma 74103-3532
Telephone: (918) 581-7656
E-mail: katherine_greubel@fd.org
*Counsel for the Defendant*

## CERTIFICATE OF SERVICE

I certify that on May 21, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant(s):

Kate Brandon
Alicia Hockenbury
Elliot Anderson
Valeria Luster
Reagan Reininger
Assistant United States Attorneys
Office of the United States Attorney
110 West 7th Street, Suite 300
Tulsa, Oklahoma 74119
*Counsel for the Plaintiff*

s/Katherine A. Greubel
Katherine A. Greubel
Assistant Federal Public Defender